AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

BARRIO FIESTA, LLC

        Plaintiff (s),

V.

NORTHRIDGE FOODS INTERNATIONAL, INC.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-02669-JSW

Notice is hereby given that, subject to approval by the court, __Northridge Foods International, Inc.__ substitutes (Party (s) Name)

__Melvin N.A. Avanzado, Esq.__ , State Bar No. __137127__ as counsel of record in
(Name of New Attorney)

place of __David C. Bohrer, Esq. and Mansi H. Shah, Esq. of Valorem Law Group, LLP__ ,
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     The Avanzado Law Firm
    Address:     1880 Century Park East, Suite 1100
    Telephone:     (310) 552-9300     Facsimile (310) 388-5330
    E-Mail (Optional):     mel@avanzadolaw.com

I consent to the above substitution.

Date: 2-24-16

(Signature of Party (s))

I consent to being substituted.

Date: February 25, 2016

David C. Bohrer and Mansi H. Shah

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: February 29, 2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 1, 2016

*Jeffrey S. White*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]