☒AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

BARRIO FIESTA, LLC
　　　　　Plaintiff (s),
　　V.
NORTHRIDGE FOODS INTERNATIONAL, INC.
　　　　　Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 4:15-cv-02669-JSW

Notice is hereby given that, subject to approval by the court, Northridge Foods International, Inc. substitutes
(Party (s) Name)

Melvin N.A. Avanzado, Esq. , State Bar No. 137127 as counsel of record in
(Name of New Attorney)

place of Patricia Smink Rogowski, Esq. and Bridget H. LaButta, Esq. of Panitch Schwarze Belisario & Nadel LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　　The Avanzado Law Firm
　　Address:　　　　　1880 Century Park East, Suite 1100
　　Telephone:　　　　(310) 552-9300　　　　Facsimile  (310) 388-5330
　　E-Mail (Optional):　mel@avanzadolaw.com

I consent to the above substitution.
Date: 2-24-16
　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 2/24/16
　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: February 29, 2016
　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 1, 2016
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]